Matthew R. Gershman (CA Bar No. 253031)
gershmanm@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Ste. 1900
Los Angeles, CA 90067
(310) 586-7700 (T)
(310) 586-7800 (F)

James J. Lukas, Jr. (*pro hac vice* to be filed)
lukasj@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
(312) 456-8400 (T)
(312_ 456-8435 (F)

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WI-LAN, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.<br><br>Defendants. | CASE NO. 3:17-cv-00358-BEN-BGS<br><br>**DECLARATION OF JAMES J. LUKAS, JR. IN SUPPORT OF DEFENDANTS' EX PARTE MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>Judge: Hon. Roger T. Benitez |

## DECLARATION OF JAMES J. LUKAS, JR.

I, James J. Lukas, Jr., declare:

1. I am an attorney at Greenberg Traurig, LLP, attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics Mobilecomm U.S.A., Inc. (collectively, "Defendants") in the above-captioned matter. I have personal knowledge of the facts discussed herein and, if called to testify, I would and could

1  competently testify to those facts. I respectfully submit this Declaration in Support of Defendants' Ex Parte Motion for an Extension of Time to Answer or Otherwise Plead.

2. Defendant LG Electronics, Inc., a foreign entity, has not yet been served by Plaintiffs.

3. Defendants only recently retained litigation counsel in this action on or about March 29, 2017.

4. Counsel has begun to analyze the issues in this case, and reasonably requires additional time to evaluate the claims and potential defenses, and to prepare Defendants' responsive pleadings to the Complaint.

5. On April 3, 2017, Plaintiffs requested a waiver of service of summons from foreign defendant LG Electronics, Inc. Plaintiffs also stated that they would not oppose all of the Defendants moving for a 30 day extension provided Defendants agreed not to file any Rule 12(b) motions to dismiss in response to Plaintiffs' Complaint.

6. In response to Plaintiffs' request for a waiver of service of summons, Defendants' counsel stated that the unserved foreign defendant LG Electronics, Inc. was entitled to 90 days to answer or otherwise respond from the date a request for waiver is made but that it would agree to waive service of summons provided that Plaintiffs agreed to a 60 day extension to answer or otherwise respond for all Defendants so that all of Defendants' responsive pleadings were consolidated to be filed by the same date. Plaintiffs stated it would consider a 45 day extension to answer for all Defendants subject to the same condition that Defendants (including the unserved foreign defendant, LG Electronics, Inc.) agree not to file any Rule 12(b) motions to dismiss in response to Plaintiffs' Complaint. The only justification Plaintiffs gave for refusing to grant Defendants' requested 60 day extension was that Plaintiffs wanted to keep this case on a similar track as another case Plaintiffs filed against Lenovo Group, Ltd. and related entities that is pending before this Court.

7. Foreign defendant LG Electronics, Inc. will agree to waive service of summons in response to Plaintiffs' April 3, 2017, request.

1     8.     Defendants have not requested any prior extensions from the Court.

2     9.     Defendants' request for an extension is made in the interests of justice and not for the purposes of delay.

10.    On April 7, 2017, I reiterated to Plaintiffs' counsel the Defendants' proposal to single track all of the Defendants' responsive pleading deadlines to fall on one 60-day deadline and noted Defendants' intention to seek such relief by way of ex parte motion if necessary. Plaintiffs would not agree to the relief requested in this ex parte motion.

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct to the best of my knowledge, information and belief. Executed on April 7, 2017, at Chicago, Illinois.

_____
James J. Lukas, Jr.