Victor M. Felix
vmf@procopio.com
PROCOPIO CORY HARGREAVES
AND SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
(619) 515-3229 (T)
(619) 744-5409 (F)

Christopher M. First
Eric J. Enger
Leslie V. Payne
cfirst@hpcllp.com
eenger@hpcllp.com
lpayne@hpcllp.com
HEIM, PAYNE & CHORUSH LLP
1111 Bagby Street, Suite 2100
Houston, TX 77002

*Attorneys for Plaintiffs*

Matthew R. Gershman (CA Bar No. 253031)
gershmanm@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Ste. 1900
Los Angeles, CA 90067
(310) 586-7700 (T)
(310) 586-7800 (F)

Richard D. Harris (*pro hac vice* filed)
James J. Lukas, Jr. (*pro hac vice* filed)
harrisr@gtlaw.com
lukasj@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
(312) 456-8400 (T)
(312) 456-8435 (F)

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WI-LAN, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.<br><br>Defendants. | CASE NO. 3:17-cv-00358-BEN-BGS<br><br>**JOINT MOTION FOR AN EXTENSION OF TIME TO ANSWER**<br><br>Judge: Hon. Roger T. Benitez |

Plaintiffs Wi-LAN, Inc., Wi-LAN USA, Inc., and Wi-LAN Labs, Inc. (collectively, "Plaintiffs") and Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics Mobilecomm U.S.A., Inc. (collectively, "Defendants") by their undersigned attorneys respectfully jointly move the Court pursuant to Federal Rules of Civil Procedure 6(b) and 7, and the Court's inherent power, for an extension of time

within which Defendants have to answer to the Complaint, to and including May 22, 2017.

In support hereof, the parties rely upon all matters of record to date and further state:

1. Plaintiffs' action is for patent infringement as a result of the alleged infringement by Defendants. (*See generally*, Complaint, Dkt. No. 1.) The Complaint asserts four counts of patent infringement and raises potential issues of liability and damages.

2. Plaintiffs filed their Complaint on February 22, 2017. (*See* Dkt. No. 1.) On March 2, 2017, and March 3, 2017, Plaintiffs returned executed services of summons that were served on the two defendants that reside in the United States, namely, Defendants LG Electronics U.S.A., Inc. and LG Electronics Mobilecomm U.S.A., Inc. (*See* Dkt. Nos. 11, 12.) According to the returned summonses, Defendants LG Electronics U.S.A., Inc. and LG Electronics Mobilecomm U.S.A., Inc. were served on March 1, 2017, and their answers or responsive pleadings were due on March 22, 2017.

3. Defendant LG Electronics, Inc., a foreign entity, agrees to waive service of summons.

4. Defendants agree not to file any Rule 12(b) motions to dismiss as their responsive pleading.

5. In light of the foregoing, and in a desire to promote the efficient management of this case and to conserve judicial resources, the parties respectfully request that the Court grant their joint motion for an extension of time within which to answer to and including May 22, 2017.

6. This request is made in the interests of justice and not for the purposes of delay.

7. Until this time, the parties had not reached agreement regarding an extension, and, accordingly, Defendants moved *ex parte* unsuccessfully for an extension

of time to respond to the complaint. (Dkt. Nos. 14, 18.) Now the parties have reached agreement and jointly submit this motion. There is good cause for granting this jointly requested extension, because (i) although two of the three defendants had been served, one (the foreign entity defendant) had not, and the parties have reached a stipulation whereby the foreign entity waives service and agrees to answer within 60 days (as opposed to the 90 days required by the Rules) of Plaintiffs' waiver request as part of the agreement to make this joint motion, thereby promoting judicial and party efficiency, (ii) the requested extension allows all three defendants to respond at the same time, (iii) the parties have agreed that the requested extension is now conditioned on the defendants not bringing a Rule 12(b) motion to dismiss in response to the complaint, thereby ensuring the action proceeds without any delays due to pleading challenges, and (iv) the requested extension promotes resolution of this action on the merits, inasmuch as the jointly requested extension would allow all defendants to timely answer to the complaint on the merits.

WHEREFORE, without waiver of Defendants' claims and defenses, the parties respectfully request that this Court grant their joint request for an extension of time to answer to the Complaint in this cause, to and including May 22, 2017.

Dated: April 19, 2017            Respectfully submitted,

                                 GREENBERG TRAURIG, LLP

                                 /s/ Matthew R. Gershman
                                 Attorney for Defendants
                                 e-mail: gershmanm@gtlaw.com

Dated: April 19, 2017            Respectfully submitted,


                                 /s/ Eric J. Enger
                                 Attorneys for Plaintiffs
                                 e-mail: eenger@hpcllp.com

**JOINT MOTION FOR AN EXTENSION OF TIME TO ANSWER**

The undersigned hereby certifies that all signatories hereto have consented to the filing of this document using their e-signatures.

                                          GREENBERG TRAURIG, LLP

                                          /s/ Matthew R. Gershman
                                          Attorney for Defendants
                                          e-mail:  gershmanm@gtlaw.com

**JOINT MOTION FOR AN EXTENSION OF TIME TO ANSWER**

# CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2017, I electronically filed

**JOINT MOTION FOR AN EXTENSION OF TIME TO ANSWER**

with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| **Victor M. Felix** <br> Procopio Cory Hargreaves and Savitch LLP <br> 525 B Street <br> Suite 2200 <br> San Diego, CA 92101 <br> (619) 515-3229 <br> Fax: (619) 744-5409 <br> Email: vmf@procopio.com <br><br> *Attorney for Plaintiffs* | **Christopher M. First** <br> **Eric J. Enger** <br> **Leslie V. Payne** <br> Heim, Payne & Chorush LLP <br> 1111 Bagby Street <br> Suite 2100 <br> Houston, TX 77002 <br> 713-221-2000 <br> Email: cfirst@hpcllp.com <br> eenger@hpcllp.com <br> lpayne@hpcllp.com <br><br> *Attorneys for Plaintiffs* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 19, 2017, at Los Angeles, California.

*/s/ Matthew R. Gershman*
Matthew R. Gershman