Joseph S. Leventhal
Joseph.leventhal@dinsmore.com
DINSMORE & SHOHL, LLP
655 West Broadway, Suite 800
San Diego, CA 92101
(619) 400-0500 (T)
(619) 400-0501 (F)

Richard D. Harris (*pro hac vice*)
James J. Lukas, Jr. (*pro hac vice*)
harrisr@gtlaw.com
lukasj@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
(312) 456-8400 (T)
(312) 456-8435 (F)

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WI-LAN, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>LG ELECTRONICS, INC., et al.<br><br>　　　　Defendants. | CASE NO. 3:17-cv-00358-BEN-MDD<br><br>**DEFENDANTS' MOTION TO EXTEND DEADLINE FOR JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**<br><br>Judge: Hon. Roger T. Benitez<br>Magistrate Judge: Hon. Mitchell D. Dembin |

**DEFENDANTS' MOTION TO EXTEND DEADLINE FOR JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**

Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics Mobilecomm U.S.A., Inc. (collectively, "Defendants") hereby move to extend the deadline to file a joint motion for determination of discovery dispute relating to Defendants' Interrogatory Nos. 8 and 10 from March 11, 2018 to April 13, 2018.

In support of its Motion, Defendants state the following and attach the accompanying Declaration of Matthew J. Levinstein:

1. Defendants intended to timely file on or before March 11, 2018, a joint motion for determination of a discovery dispute concerning Plaintiffs' responses to Defendants' Interrogatory Nos. 8 and 10, which Defendants' served on July 31, 2017 and to which Plaintiffs served supplemental objections and responses on February 9, 2018.

2. The parties have exchanged correspondence regarding Plaintiffs' supplemental objections and responses to Defendants' Interrogatory Nos. 8 and 10. Defendants' have also requested a meet and confer.

3. The parties' efforts may narrow—perhaps eliminate—the areas of contention relating to Plaintiffs' supplemental objections and responses to Defendants' Interrogatory Nos. 8 and 10.

4. A short extension of the deadline for a joint motion for determination of a discovery dispute to April 13, 2018, will allow the parties to more fully discuss and, if needed, brief the issues.

5. Counsel for Plaintiffs indicated that it opposes this motion.

For the foregoing reasons, Defendants request that the Court extend the deadline to file a joint motion for determination of discovery dispute relating to Defendants' Interrogatory Nos. 8 and 10 from March 11, 2018 to April 13, 2018.

Dated: March 9, 2018                Respectfully submitted,


                                    GREENBERG TRAURIG, LLP

**DEFENDANTS' MOTION TO EXTEND DEADLINE FOR JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**

| | |
|---|---|
| 1 | /s/ *James J. Lukas, Jr.* |
| 2 | Attorneys for Defendants |
| 3 | Joseph S. Leventhal |
| | Joseph.leventhal@dinsmore.com |
| 4 | Dinsmore & Shohl LLP |
| | 655 West Broadway |
| 5 | Suite 840 |
| | San Diego, CA 92101 |
| 6 | Tel: 619-356-3518 |
| 7 | Fax: 619-615-2082 |
| 8 | Richard D. Harris (*pro hac vice*) |
| | harrisr@gtlaw.com |
| 9 | James J. Lukas, Jr. (*pro hac vice*) |
| | lukasj@gtlaw.com |
| 10 | Greenberg Traurig, LLP |
| 11 | 77 West Wacker Drive |
| | Suite 3100 |
| 12 | Chicago, IL 60601 |
| | Tel: 312-456-8400 |
| 13 | Fax: 312-456-8435 |

**DEFENDANTS' MOTION TO EXTEND DEADLINE FOR JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

*Wi-LAN, Inc., etc. v. LG Electronics, Inc., etc.*
*USDC Case No. 3:17-cv-00358-BEN-MDD*

I am employed in the County of Cook, State of Illinois; I am over the age of 18 years and not a party to the within action; my business address is **77 West Wacker Drive, Suite 3100, Chicago, IL 60601.**

On March 9, 2018, I served **DEFENDANTS' MOTION TO EXTEND DEADLINE FOR JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**

on the interested parties in this action as follows:

| **Victor M. Felix** | **Christopher M. First** |
|---|---|
| Procopio Cory Hargreaves and Savitch LLP | **Eric J. Enger** |
| | **Leslie V. Payne** |
| 525 B Street | Heim, Payne & Chorush LLP |
| Suite 2200 | 1111 Bagby Street |
| San Diego, CA 92101 | Suite 2100 |
| (619) 515-3229 | Houston, TX 77002 |
| Fax: (619) 744-5409 | 713-221-2000 |
| Email: vmf@procopio.com | Email: cfirst@hpcllp.com |
| | eenger@hpcllp.com |
| *Attorney for Plaintiffs* | lpayne@hpcllp.com |
| | *Attorneys for Plaintiffs* |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I filed the document(s) with the clerk of the court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed

**DEFENDANTS' MOTION TO EXTEND DEADLINE FOR JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**

1 | on March 9, 2018, at Chicago, IL.

*/s/ James J. Lukas, Jr.*
James J. Lukas, Jr.