1  Richard D. Harris (*Pro Hac Vice*)
   James J. Lukas, Jr. (*Pro Hac Vice*)
2  Callie J. Sand (SBN 293888)
   GREENBERG TRAURIG, LLP
3  77 West Wacker Drive, Suite 3100
   Chicago, Illinois 60601
4  Telephone: 312.456.8400
   Facsimile: 312.456.8435
5  harrisr@gtlaw.com
   lukasj@gtlaw.com
6  sandc@gtlaw.com

7  Joseph S. Leventhal (SBN 221043)
   Joseph.leventhal@dinsmore.com
8  DINSMORE & SHOHL LLP
   655 West Broadway, Suite 840
9  San Diego, CA 92101
   (619) 356-3518 (T)/(619) 400-0501 (F)

10

11 *Attorneys for Defendants LG Electronics, Inc.; LG*
   *Electronics U.S.A., Inc.; and LG Electronics Mobilecomm*
12 *U.S.A., Inc.*

13

14                **UNITED STATES DISTRICT COURT**

15            **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

16

17  Wi-LAN Inc.; Wi-LAN USA, Inc.; &        CASE NO.  3:17-cv-00358-BEN-MDD
    Wi-LAN Labs, Inc.,
18                                          **LG'S NOTICE OF MOTION,**
           Plaintiffs,                      **MOTION TO STAY PENDING INTER**
19                                          **PARTES REVIEW AND**
    v.                                      **SUPPORTING MEMORANDUM OF**
20                                          **POINTS AND AUTHORITIES**
    LG Electronics, Inc.; LG Electronics
21  U.S.A., Inc.; and LG Electronics        Date: May 7, 2018
    Mobilecomm U.S.A., Inc.,                Time: 10:30 a.m.
22                                          Courtroom: 5A
           Defendants.                      District Judge: Hon. Roger T. Benitez
23

24

25

26

27

28

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on **May 7, 2018 at 10:30 a.m**., or as soon thereafter as the matter may be heard, counsel for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and LG Electronics Mobilecomm U.S.A., Inc. (collectively, "LG") will appear before the Honorable Roger T. Benitez in Courtroom 5A of the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, California, 92101, to present LG's Motion to Stay Pending *Inter Partes* Review.

LG recently filed several *inter partes* review petitions, covering every asserted patent and all asserted claims.  LG now moves to stay this case pending *inter partes* review ("IPR"). Courts in this District use a three-factor test when deciding whether to stay proceedings and, as explained in the accompanying memorandum, all three factors favor granting a stay here.

LG bases its Motions upon this Notice of Motion and Motion to Stay Pending *Inter Partes* Review, the accompanying Memorandum of Points and Authorities in Support of the Motion, and such further evidence, authorities, and argument as may be presented in advance of, or during, the hearing on this Motion.


DATED:  March 28, 2018                    GREENBERG TRAURIG, LLP



                                   By */s/ James J. Lukas, Jr.*
                                   James J. Lukas, Jr.
                                   *Attorneys for Defendants LG Electronics, Inc.; LG*
                                   *Electronics U.S.A., Inc.; and LG Electronics*
                                   *Mobilecomm U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

*Wi-LAN, Inc., etc. v. LG Electronics, Inc., etc.*
*USDC Case No. 3:17-cv-00358-BEN-MDD*

I am employed in the County of Cook, State of Illinois; I am over the age of 18 years and my business address is **77 West Wacker Drive, Suite 3100, Chicago, IL 60601.**

On March 28, 2018, I served **LG'S NOTICE OF MOTION, MOTION TO STAY PENDING INTER PARTES REVIEW AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** on the interested parties in this action as follows:

| | |
|---|---|
| Victor M. Felix<br>Procopio Cory Hargreaves and Savitch LLP<br>525 B Street<br>Suite 2200<br>San Diego, CA 92101<br>(619) 515-3229<br>Fax: (619) 744-5409<br>Email: vmf@procopio.com<br><br>*Attorney for Plaintiffs* | Christopher M. First<br>Eric J. Enger<br>Leslie V. Payne<br>Chris Limbacher<br>Heim, Payne & Chorush LLP<br>1111 Bagby Street<br>Suite 2100<br>Houston, TX 77002<br>713-221-2000<br>Email: cfirst@hpcllp.com<br>eenger@hpcllp.com<br>lpayne@hpcllp.com<br>climbacher@hpcllp.com<br><br>*Attorneys for Plaintiffs* |

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I filed the document(s) with the clerk of the court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2018, at Chicago, IL.

*/s/ James J. Lukas, Jr.*

James J. Lukas, Jr.
Attorney for Defendants LG
Electronics, Inc.; LG Electronics
U.S.A., Inc.; and LG Electronics
Mobilecomm U.S.A., Inc.