Richard D. Harris (*Pro Hac Vice*)
James J. Lukas, Jr. (*Pro Hac Vice*)
Callie J. Sand (SBN 293888)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312.456.8400
Facsimile: 312.456.8435
harrisr@gtlaw.com
lukasj@gtlaw.com
sandc@gtlaw.com

Joseph S. Leventhal (SBN 221043)
Joseph.leventhal@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 840
San Diego, CA 92101
(619) 356-3518 (T)/(619) 400-0501 (F)

*Attorneys for Defendants LG Electronics, Inc.; LG Electronics U.S.A., Inc.; and LG Electronics Mobilecomm U.S.A., Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Wi-LAN Inc.; Wi-LAN USA, Inc.; & Wi-LAN Labs, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> LG Electronics, Inc.; LG Electronics U.S.A., Inc.; and LG Electronics Mobilecomm U.S.A., Inc., <br><br> Defendants. | CASE NO. 3:17-cv-00358-BEN-MDD <br><br> **DECLARATION OF JAMES J. LUKAS, JR. IN SUPPORT OF LG'S MOTION TO STAY PENDING INTER PARTES REVIEW** <br><br> JUDGE: Roger Benitez <br> MAGISTRATE JUDGE: Mitchell D. Dembin |

I, James J. Lukas, Jr. hereby declare as follows:

1. I am admitted *pro hac vice* and I am an attorney at the law firm of Greenberg Traurig LLP, counsel for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc. (collectively, "LG") in the above-captioned matter. I submit this declaration on behalf of LG in connection with its Motion to Stay Pending *Inter Partes* Review.

2. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, would testify competently to them.

3. Attached hereto as the exhibit number identified is a true and correct copy of the document described:

| **EX.** | **DOCUMENT** |
|---|---|
| 1 | Petition for *Inter Partes Review*, IPR2018-00674 (U.S. Patent No. 8,787,924) |
| 2 | Petition for *Inter Partes Review*, IPR2018-00673 (U.S. Patent No. 9,497,743) |
| 3 | Petition for *Inter Partes Review*, IPR2018-00704 (U.S. Patent No. 9,226,320) and Petition for *Inter Partes Review*, IPR2018-00705 (U.S. Patent No. 9,226,320) |
| 4 | Petition for Inter Partes Review, IPR2018-00709 (U.S. Patent No. 8,867,351) and Petition for *Inter Partes Review*, IPR2018-00710 (U.S. Patent No. 8,867,351) |
| 5 | Plaintiffs' Amended Disclosure of Asserted Claims and Infringement Contentions Pursuant to L.R. 3.1 & 3.2 |
| 6 | Notices of Filing Date Accorded to Petition Numbers IPR2018-00674, IPR2018-00673, IPR2018-00704, and IPR2018-00705 |
| 7 | *Oyster Optics, LLC v. CIENA Corporation,* Case No. 17-cv-05920-JSW, Order Granting Motion to Stay and Requiring Joint Status |

| EX. | DOCUMENT |
|---|---|
|  | Report, January 29, 2018 |
| **8** | Plaintiff Wi-Lan's Rule 26(a)(1)(A) Initial Disclosures |

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  March 28, 2018               GREENBERG TRAURIG, LLP

By */s/ James J. Lukas, Jr.*
James J. Lukas, Jr.
Attorneys for Defendants LG Electronics, Inc.; LG Electronics U.S.A., Inc.; and LG Electronics Mobilecomm U.S.A., Inc.